

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00354-CV

Luz **CHAVEZ**, Individually, and as Representative of the Estates of Rudolph Chavez, Sr.
(Deceased) and Rudolph Chavez, Jr. (Deceased), and as Next Friend of Joel Chavez, a minor;
Darlene Chavez; Allen Chavez; Francisco Chavez; and Celia Chavez,
Appellants

v.

**KANSAS CITY SOUTHERN RAILWAY CO**. and Jose Juarez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2007-CVE-000347-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
        Marialyn Barnard, Justice
        Rebeca C. Martinez, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court